# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147315

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BOBBY HODGES, JR., Personal
Representative of the Estate of DEBORAH
HODGES, and BRITTANY HODGES,
      Plaintiffs-Appellants,

v

CITY OF DEARBORN,
      Defendant-Appellee,

and

PATRICK SPRESSER,
      Defendant.

_____/

SC: 147315
COA: 308642
Wayne CC: 10-006102-NI

On order of the Court, the application for leave to appeal the May 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013

Clerk

h1021